UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GRACIELA BRETSCHNEIDER
DONCOUSE,

        Plaintiff,

- against -

GO NEW YORK TOURS INC.,

        Defendant.

-----------------------------------------------------------------X

ORDER OF
DISCONTINUANCE

15-cv-7149 (SAS)

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ____ DATE FILED: 2/1/16*

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

       The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored. The Clerk of the Court is directed to close this case.

SO ORDERED:

*[signature]*

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            February 1, 2016

- **Appearances** -

**For Plaintiff:**

Bradly G. Marks, Esq.
The Law Offices of Bradly G. Marks
280 Park Avenue South
New York, NY 10010
(646) 770-3775

**For Defendant:**

Ian J. Brandt, Esq.
Wagner Berkow LLP
110 East 42nd Street, 17th Floor
New York, NY 10017
(646) 791-2086